# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 26 AM 11: 16

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**IN RE INDICTMENT**

**JOHN FORD,** )   Cr. No. 05-20201
)
**Defendant.** )

## ORDER SEALING INDICTMENT

Upon motion of the United States and for good cause shown, the indictment against the above-named defendant is hereby ordered sealed until the initial appearance of the defendant or 11:00 a.m., May 26, 2005, whichever occurs first.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

DATE: May 25, 2005

FILED IN OPEN COURT
DATE: 5/25/05
TIME: 4:00 PM
INITIALS: JPW

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-31-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20201 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable J. Breen
US DISTRICT COURT