IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 AUG 15 PM 3: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.                                                                    Crim. No. 05-20201-B/An

JOHN FORD

## ORDER GRANTING MOTION TO EXTEND CURFEW

On July 25, 2005, the defendant filed a motion in this case to extend his curfew from 6:00

p.m. to a later hour, for purposes of the defendant's business. After a hearing on the matter on

August 17, 2005, the court GRANTED the motion. The defendant's curfew is extended to 9:00

p.m. for the purposes of work, religious services, meetings with his attorney and care of his

children, as previously proscribed in Judge J. Daniel Breen's order of May 31, 2005. All other

conditions of release previously imposed are to remain in effect.

IT IS SO ORDERED.

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: _August 12, 2005_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-16-05

31

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20201 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable J. Breen
US DISTRICT COURT