IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -8 PM 5: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA,**

  Plaintiff,

VS.                                                              CR. NO. 05-20201

**JOHN FORD,**

  Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION
### TO ALLOW DEFENDANT TO TRAVEL FOR BUSINESS

---

This cause came on upon the motion of the Defendant to travel to Washington, D.C. from September 21, 2005 to September 26, 2005 to attend the 35th Annual Legislature Conference for Black Leaders and Businessmen. For good cause shown, the Court hereby grants the Defendant's motion.

**IT IS SO ORDERED** this 8th day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-9-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CR-20201 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable J. Breen
US DISTRICT COURT