IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                          CR. NO.  05-20201

JOHN FORD,

    Defendant.

## ORDER GRANTING DEFENDANT'S
## MOTION TO CONTINUE REPORT SETTING

This cause came on upon the motion of the Defendant to continue the report setting scheduled for November 3, 2005 at 9:00 a.m.  For good cause shown, the Court hereby grants the Defendant's motion and waives the Defendant and counsel's presence at this setting.

**IT IS SO ORDERED** this _2nd_ day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _11-3-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20201 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable J. Breen
US DISTRICT COURT