IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 NOV -3 PM 2: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| VS. | CR. NO. 05-20201 |
| JOHN FORD, | |
| Defendant. | |

### ORDER GRANTING DEFENDANT'S MOTION TO EXTEND CURFEW

This cause came on upon the motion of the Defendant to extend his curfew one hour on November 3, 2005. For good cause shown, the Court hereby grants the Defendant's motion and extends the Defendant's curfew until 11:00 p.m. on November 3, 2005.

**IT IS SO ORDERED** this 3rd day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-4-05

-3-





# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CR-20201 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable J. Breen
US DISTRICT COURT